IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY BIGGS,<br><br>                       Plaintiff,<br><br>   v.<br><br>THOMAS JEFFERSON UNIVERSITY HOSPITAL,<br><br>                       Defendant. | Case 2:13-cv-03037-JHS |

## **ORDER**

**AND NOW**, this 28th day of July 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 17), Defendant's Statement of Undisputed Facts (Doc. No. 17-1), Plaintiff's Response (Doc. No. 20), Plaintiff's Statement of Material and Disputed Facts (Doc. No. 20-1), Defendant's Reply (Doc. No. 21), and in accordance with the Opinion of this Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 17) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.