

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY BIGGS,<br><br>            Plaintiff,<br><br>v.<br><br>THOMAS JEFFERSON UNIVERSITY HOSPITAL,<br><br>            Defendant. | CIVIL ACTION<br>NO. 13-3037 |

**FILED**
NOV 19 2014

### ORDER

**AND NOW**, this 19th day of November 2014, upon consideration of Defendant's Motion for Reconsideration (Doc. No. 26), Plaintiff's Response (Doc. No. 27), and Defendant's Reply (Doc. No. 28), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Reconsideration (Doc. No. 26) is **DENIED**.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

**ENTERED**
NOV 19 2014
CLERK OF COURT

xc: Legal